UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2023
```

MSP RECOVERY CLAIMS, SERIES LLC,

      Plaintiff,

-against-

ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,

      Defendant.

22-cv-6684 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of Plaintiff's response to the Order To Show Cause dated August 7, 2023 [ECF No. 28]. The Court concludes that no sanctions are necessary or appropriate at this time.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's amended complaint shall be filed on or before August 25, 2023. This will be Plaintiff's last opportunity to amend in response to any argument raised in Defendant's pre-motion letter.

    IT IS FURTHER ORDERED that Defendant shall respond to the amended complaint within 14 days of its filing. If Defendant responds with a motion to dismiss, further briefing shall proceed on the schedule set forth in Local Rule 6.1(b).

    Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

Date:  **August 11, 2023**
        **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**