**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MSP RECOVERY CLAIMS, SERIES LLC.,

                Plaintiff,

-against-                      22 **CIVIL** 6684 (MKV)

**JUDGMENT**

ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY.,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 27, 2024, the motion to dismiss is GRANTED, and the case is dismissed without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

    September 27, 2024

                                            **DANIEL ORTIZ**
                                      **Acting Clerk of Court**

                     **BY:**

                                        **Deputy Clerk**